FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN -5 PM 3: 22

M. REGINA THOMAS
CLERK

BY ~~Anise Megan~~
DEPUTY CLERK

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | DONEGAL WAY TRUST |
| United States Bankruptcy Court for the: | NORTHERN District of GA (State) |
| Case number (If known): | 18-57816 |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

🖪 None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

🖪 None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57816 |
|---|---|---|
| | Name | |

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ _____ | ❏ Secured debt |
| | Creditor's name | _____ | | ❏ Unsecured loan repayments |
| | Street | _____ | | ❏ Suppliers or vendors |
| | | | | ❏ Services |
| | City          State     ZIP Code | _____ | | ❏ Other _____ |
| 3.2. | | | $ _____ | ❏ Secured debt |
| | Creditor's name | | | ❏ Unsecured loan repayments |
| | Street | _____ | | ❏ Suppliers or vendors |
| | | | | ❏ Services |
| | City          State     ZIP Code | _____ | | ❏ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ _____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City          State     ZIP Code | _____ | | |
| | Relationship to debtor | | | |
| 4.2. | | | $ _____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City          State     ZIP Code | _____ | | |
| | Relationship to debtor | | | |

---

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57816 |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City            State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | Name | ☐ Pending |
| | | | Street | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | City        State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City        State    ZIP Code | |

Debtor      DONEGAL WAY TRUST                                    Case number (if known)___18-57816___
            _____
            Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State      ZIP Code | | |
| | Date of order or assignment | City        State        ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2 | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor    DONEGAL WAY TRUST
_____    Case number (if known)___18-57816_____
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | _____ | | |
| | _____ | | | |

---

Debtor  DONEGAL WAY TRUST _____  Case number (if known) 18-57816

Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____  To _____ |
| | _____ | |
| | _____ City     State     ZIP Code | |
| 14.2. | _____ Street | From _____  To _____ |
| | _____ | |
| | _____ City     State     ZIP Code | |

Debtor    DONEGAL WAY TRUST
_____
          Name

Case number (if known)    18-57816
_____

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name _____

Street _____

City        State     ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.

Facility name _____

Street _____

City        State     ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

| Debtor | DONEGAL WAY TRUST | | Case number (if known) 18-57816 |
|---|---|---|---|
| | Name | | |

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

Debtor   DONEGAL WAY TRUST _____   Case number *(if known)* 18-57816 _____
         Name

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

▫ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▫ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▫ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    DONEGAL WAY TRUST                                    Case number (if known) 18-57816
          Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| City          State     ZIP Code | | From _____    To _____ |
| **25.2.** Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| City          State     ZIP Code | | From _____    To _____ |
| **25.3.** Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| City          State     ZIP Code | | From _____    To _____ |

Debtor   DONEGAL WAY TRUST _____   Case number (if known) 18-57816 _____
　　　　　Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| **Name and address** | **Dates of service** |
| --- | --- |
| 26a.1. _____<br>Name | From _____ To _____ |
| _____<br>Street | |
| _____ | |
| _____<br>City　　　　State　　ZIP Code | |
| **Name and address** | **Dates of service** |
| 26a.2 _____<br>Name | From _____ To _____ |
| _____<br>Street | |
| _____ | |
| _____<br>City　　　　State　　ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| **Name and address** | **Dates of service** |
| --- | --- |
| 26b.1. _____<br>Name | From _____ To _____ |
| _____<br>Street | |
| _____ | |
| _____<br>City　　　　State　　ZIP Code | |
| **Name and address** | **Dates of service** |
| 26b.2. _____<br>Name | From _____ To _____ |
| _____<br>Street | |
| _____ | |
| _____<br>City　　　　State　　ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
| --- | --- |
| 26c.1. _____<br>Name | _____<br>_____ |
| _____<br>Street | _____<br>_____ |
| _____ | |
| _____<br>City　　　　State　　ZIP Code | |

Debtor    DONEGAL WAY TRUST
_____
Name

Case number (if known) 18-57816
_____

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

26c 2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

26d 1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Name and address**

26d.2

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

❏ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

Debtor   DONEGAL WAY TRUST

Name

Case number (if known) 18-57816

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.

Name

Street

City ___ State ___ ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |
| Street | | | |
| City ___ State ___ ZIP Code | | | |
| Relationship to debtor | | | |

Debtor  DONEGAL WAY TRUST
       _____          Case number (if known) _18-57816_____
       Name

**Name and address of recipient**

30.2

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ☒ No
   ☐ Yes. Identify below.

   Name of the parent corporation

   _____

   Employer Identification number of the parent corporation

   EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ☒ No
   ☐ Yes. Identify below.

   Name of the pension fund

   _____

   Employer Identification number of the pension fund

   EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06  /  01  /  2018
            MM / DD / YYYY

✗ _____          Printed name  Jason Morton
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  Agent

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
   ☒ No
   ☐ Yes

**Fill in this information to identify the case:**

Debtor name  DONEGAL WAY TRUST

United States Bankruptcy Court for the: NORTHERN          District of  GA
                                                                    (State)

Case number (if known):  18-57816

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand**                                                             $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. | | | $ |
   | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. | $ |
   | 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 0.00

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. | $ |
   | 7.2. | $ |

Debtor   DONEGAL WAY TRUST
_____   Case number (if known)_18-57816_____
         Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $ 0_____

   8.2._____   $_____

9.  **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                    $ 0

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                                  Current value of debtor's
                                                                  interest

11. **Accounts receivable**

   11a. 90 days old or less:  _____ – _____ = ........➔   $ 0_____
                               face amount        doubtful or uncollectible accounts

   11b. Over 90 days old:      _____ – _____ = ........➔   $_____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                $ 0

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                            Valuation method          Current value of debtor's
                                            used for current value    interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____   _____   $_____

   14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1._____   _____%   _____   $_____

   15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

   Describe:

   16.1._____   _____   $_____

   16.2._____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                                   $ 0

| Debtor | DONEGAL WAY TRUST | Case number (if known) | 18-57816 |
|---|---|---|---|
| | Name | | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | _____ | $_____ |

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57816 |
|---|---|---|
| | Name | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 0

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   DONEGAL WAY TRUST                                    Case number (if known)   18-57816
         Name

| Part 8: | Machinery, equipment, and vehicles |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.                          $ 0.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57816 |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  DONEGAL WAY TRUST                                           Case number *(if known)* 18-57816
_____Name_____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____ − _____ = ➜   $ 0 _____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $ 0 _____
   _____   Tax year _____   $ _____
   _____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

   _____   $ 0 _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____   $ 0 _____
   Nature of claim        _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____   $ 0 _____
   Nature of claim        _____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____   $ 0 _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____   $ 0 _____
   _____   $ 0 _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | DONEGAL WAY TRUST | Case number (if known) | 18-57816 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0 | |
| 88. Real property. *Copy line 56, Part 9.* ............. → | | $ 0 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column. ......................... 91a. | $ 0 | + 91b. $ 0 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ........................................................................... $ 0

**Fill in this information to identify the case:**

Debtor name ___DONEGAL WAY TRUST___

United States Bankruptcy Court for the: ___NORTHERN___   District of ___GA___
(State)

Case number (if known): ___18-57816___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
CENLAR

Creditor's mailing address
P.O. BOX 77404
EWING NJ 08628

Creditor's email address, if known

Date debt was incurred ___06/17/2005___

Last 4 digits of account number _8_ _9_ _5_ _2_

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
SECRETARY OF HUD

Describe debtor's property that is subject to a lien
3410 DONEGAL WAY
SNELLVILE, GA 30039

Describe the lien
MORTGAGE

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 279,882.38      $ 321,200

---

**2.2** Creditor's name
NU ALLIANCE COMPANY

Creditor's mailing address
7000 EUNICE DRIVE
RIVERDALE, GA 30274

Creditor's email address, if known

Date debt was incurred ___05/25/2017___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
3410 DONEGAL WAY
SNELLVILE, GA 30039

Describe the lien
SECURITY LIEN

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 70,000      $ 321,200

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 573882.38

Debtor  DONegal Way TRuST

Name

Case number (if known) 18-57816

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2._  Creditor's name

DONEGAL WAY TRUST

**Creditor's mailing address**

P O BOX 1859

LITHONIA GA 30058

**Creditor's email address, if known**

**Date debt was incurred** 05/25/2017

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3410 DONEGAL WAY

SNELLVILLE GA 30039

$ 70,000 | $ 321,000

**Describe the lien**
SECURITY LIEN

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

### 2._  Creditor's name

MERSCORP HOLDINGS INC

**Creditor's mailing address**

3900 CROWN ROAD #162821

ATLANTA GA 30321

**Creditor's email address, if known**

**Date debt was incurred** 08/17/2005

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

3410 DONEGAL WAY

SNELLVILLE GA 30039

$ 154,000 | $ 321,200

**Describe the lien**
COLLATERALIZED LOAN

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57816 |
|---|---|---|
| | Name | |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor    DONEGAL WAY TRUST

United States Bankruptcy Court for the: NORTHERN     District of GA
                                              (State)

Case number   18-57816    18-57861
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___     Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___     Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___     Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57861 |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page If more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | DONEGAL WAY TRUST | | Case number *(if known)* 18- 57861 |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
CAPITAL ONE BANK

P.O. BOX 85015

RICHMOND, VA 23285-5015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 8,157.55

Date or dates debt was incurred    08/19/2003
Last 4 digits of account number    8 0 2 3

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.2** Nonpriority creditor's name and mailing address
WELLS FARGO BANK

P.O. BOX 9184

DES MOINES, IA 80306-9184

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 19,789.03

Date or dates debt was incurred    01/29/2014
Last 4 digits of account number    7 6 9 4

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.3** Nonpriority creditor's name and mailing address
US BANK

P.O. BOX 108

ST. LOUIS, MO 63166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,000.00

Date or dates debt was incurred    11/18/2008
Last 4 digits of account number    2 4 1 6

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.4** Nonpriority creditor's name and mailing address
GEORGIA DEPARTMENT OF REVENUE

P.O. BOX 105499

ATLANTA, GA 30348-5499

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$ 572.30

Date or dates debt was incurred    12/31/2011
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.5** Nonpriority creditor's name and mailing address
IRVIN JOHNSON

P.O. BOX 100004

DECATUR, GA 30031-7004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,496.06

Date or dates debt was incurred    unknown
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.6** Nonpriority creditor's name and mailing address
INTERNAL REVENUE SERVICE

KANSAS CITY, MO 64999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$

Date or dates debt was incurred    unknown
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

---

| Debtor | DONEGAL WAY TRUST | Case number (if known) | 18-57861 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
EQUIFAX

P.O. BOX 740256
ATLANTA, GA 30348

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred      unknown
Last 4 digits of account number      _ _ _ _

$ _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.8** Nonpriority creditor's name and mailing address
EXPERIAN

P.O. BOX 9701
ALLEN, TX 75013

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      unknown
Last 4 digits of account number      _ _ _ _

$ _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.9** Nonpriority creditor's name and mailing address
TRANSUNION

2 BALDWIN PLACE, P.O BOX 1000
CHESTER, PA 19016

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      unknown
Last 4 digits of account number      _ _ _ _

$ _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.10** Nonpriority creditor's name and mailing address
GEORGIA DEPARTMENT OF REVENUE

P.O. BOX 105499
ATLANTA, GA 30348-5499

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      unknown
Last 4 digits of account number      5 1 6 8

$ 245.95

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.11** Nonpriority creditor's name and mailing address
TRANSWORLD SYSTEMS INC.

5626 FRANTZ ROAD
DUBLIN OH 43017

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred      12/29/2017
Last 4 digits of account number      6 8 1 9

$ 334.00

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 8

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57861 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address
DEKALB MEDICAL PHYSICIANS GROUP

P.O. BOX 650292

DALLAS TX 75265-0292

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    unknown
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.13** Nonpriority creditor's name and mailing address
DEKALB MEDICAL PHYSICIANS GROUP

P.O. BOX 650292

DALLAS TX 75265-0292

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    unknown
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.14** Nonpriority creditor's name and mailing address
GEORGIA POWER

P.O. BOX 105537

ATLANTA GA 30348

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    unknown
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.15** Nonpriority creditor's name and mailing address
SECRETARY OF STATE

214 STATE CAPITOL

ATLANTA, GA 30334

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    unknown
Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**3.** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| Debtor | DONEGAL WAY TRUST | Case number (if known) 18-57861 |
|--------|-------------------|----------------------------------|
|        | Name              |                                  |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | MTA BRIDGES AND TUNNELS<br>2 BROADWAY D11.24, P.O. BOX A1959<br>NEW YORK NY 10004 | Line _3.11_<br>☐ Not listed. Explain _____ | — — — — |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |

Debtor  DONEGAL WAY TRUST
_____
Name

Case number (if known) 18-57861

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    DONEGAL WAY TRUST                                     18-57861
          Name

          Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

**5a. Total claims from Part 1**          5a.   $ 0.00

**5b. Total claims from Part 2**          5b.  **+** $ 35260.84

**5c. Total of Parts 1 and 2**            5c.   $ 35260.84
     Lines 5a + 5b = 5c.

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 8

**Fill in this information to identify the case:**

Debtor name    DONEGAL WAY TRUST

United States Bankruptcy Court for the: NORTHERN    District of    GA
(State)

Case number (If known):    18-57816    Chapter    7

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    DONEGAL WAY TRUST                                    Case number (if known) 18-57816
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                 State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired lease

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

2._  State what the contract or
     lease is for and the nature
     of the debtor's interest

     State the term remaining

     List the contract number of
     any government contract

**Fill in this information to identify the case:**

Debtor name __DONEGAL WAY TRUST__

United States Bankruptcy Court for the: __NORTHERN__    District of __GEORGIA__
(State)

Case number (If known): __18-57816__

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | EARNEST THOMAS | 3410 DONEGAL WAY | LEONA THOMAS | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | SNELLVILLE    GA    30039 | | |
| | | City    State    ZIP Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |
| 2.5 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    ZIP Code | | |

Debtor  DONEGAL WAY TRUST
        Name

Case number (if known) 18-57816

---

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | Column 2: Creditor |
|---|---|

**Name**  **Mailing address**    **Name**    Check all schedules that apply:

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.___

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

---

Fill in this information to identify the case:

Debtor name    **DONEGAL WAY TRUST**

United States Bankruptcy Court for the: **NORTHERN**    District of **GA**
                                                        (State)

Case number (If known): **18-57816**

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**    **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ............................................................... $ 0

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ............................................................. $ 0

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .............................................................. $ 0

**Part 2:**    **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ........................... $ 573882.38

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................ $ 35260.84

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..... + $ 0.00

4. **Total liabilities** ...........................................................................................................  $ 609143.22
   Lines 2 + 3a + 3b

**Fill in this information to identify the case and this filing:**

Debtor Name __DONEGAL WAY TRUST__

United States Bankruptcy Court for the: __NORTHERN__   District of __GA__
(State)

Case number (if known): __18-57816__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/01/2018__
MM / DD / YYYY

✗ _Jason Morton_
Signature of individual signing on behalf of debtor

__Jason Morton__
Printed name

__Agent__
Position or relationship to debtor