**United States Bankruptcy Court**
**Northern District of Georgia**
**Atlanta Division**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN -5 PM 3: 23

M. REGINA THOMAS
CLERK

In Re:

**Donegal Way Trust**

Case No: 18-57816
Chapter: 7

### EXPLANATION OF CORPORATE RESOLUTION

Please be advised that Donegal Way Trust is an express LLC not a Corporation and therefore does not have Corporate Resolutions, Shareholders or stock certificates.

Thank you,

_____ 6/01/2018
Donegal Way Trust          Date
3410 Donegal Way
Snellville, GA 30039
(678) 457-7474