**United States Bankruptcy Court**
**Northern District of Georgia**
**Atlanta Division**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 JUN -5 PM 3: 23

M. REGINA THOMAS
CLERK

In Re:

**Donegal Way Trust**

Case No: 18-57816
Chapter: 7

# ADDITIONAL LIST OF CREDITORS

PLEASE SEE ATTACHED ADDITIONAL LIST OF CREDITORS

Thank you,

_____   06/05/2018
Donegal Way Trust          Date
3410 Donegal Way
Snellville, GA 30039
(678) 457-7474

```
DEKALB MEDICAL PHYSICIANS GROUP
P.O. BOX 650292
DALLAS TX 75265-0292


DONEGAL WAY TRUST
P.O. BOX 1859
LITHONIA GA 30058

GEORGIA POWER
P.O. BOX 105537
ATLANTA GA 30348


GWINNETT COUNTY ASSESSORS
75 LANGLEY DRIVE
LAWRENCEVILLE GA 30046


MERSHOLDINGS INC.
3900 CROWN ROAD #162611
ATLANTA GA 30321

MTA BRIDGES AND TUNNELS
2 BROADWAY D11.24
P.O. BOX A1959
NEW YORK NY 10004

SECRETARY OF STATE
214 STATE CAPITOL
ATLANTA GA 30334


TRANSWORLD SYSTEMS INC.
5626 FRANTZ ROAD
DUBLIN OH 43017
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 18-57816 |
| | ) | |
| Donegal Way Trust | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __5__ day of __June__, 20__18__ I served a copy of

ADDITIONAL LIST OF CREDITORS

which was filed in this bankruptcy matter on the __5__ day of __June__, 20__18__

Mode of service (check one):   ● MAILED    ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Certified mail # 7017 0190 0001 0379 0458

Bankruptcy Trustee
S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, Ste. 555
Atlanta, GA 30305

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 06/05/2018

Signature: _____

Printed Name: Donegal Way Trust

Address:  3410 Donegal Way
          Snellville, GA 30039

Phone: 678-457-7474

(Generic Certificate of Service – Revised 4/13)

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01248819 (AM) OF 06/05/2018


ITEM  CODE  CASE            QUANTITY                        AMOUNT    BY

  1   AM2   18-57816              1                        $ 31.00   Check/MO
            Judge  - Wendy L. Hagenau
            Debtor - DONEGAL WAY TRUST


TOTAL:                                                     $ 31.00


FROM: Donegal Way Trust
      P.O. Box 1859
      Lithonia, GA 30058
```