FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 NOV 26 PM 3: 22

M. REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
ATLANTA DIVISION
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

In Re: DONEGAL WAY TRUST

Case No.: 7A 18-57816-WLH

Chapter: 7

Judge: Wendy L. Hagenau

# AFFIDAVIT IN REQUEST FOR EXTENSION OF TIME: (*TO CORRECT BUSINESS INFORMATION*)

I hereby request from the US Trustee and the US Bankruptcy Court an EXTENSION OF TIME for the following reasons:

1.) So that Jennifer Malone can help with the Deficient Documents, requested by the court, as the RECEIVER, of these documents for compliance. (I am not schooled in law).

2.) Referenced PAPERWORK REDUCTION ACT that I am inquiring through, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. **PAPERWORK REDUCTION ACT: You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.**

3.) To give the US Trustee an opportunity to "grant" me a *TIME* waiver, regarding this AFFIDAVIT (CH. 7) TIME WAIVER- request, By: Jason Morton and DONEGAL WAY TRUST.

4.) So that I may get the response from Washington DC to complete my Form 13736 RESPONSE TO INQUIRY ABOUT MISSING TAX RETURN.

5.) Time to get all the correct names and addresses of all additional business documents that need to be listed on the November 7, 2018 Letter.

Thank you for taking the time to read and consider my words.

*Until then, I am Respectfully yours,

Date: 11/11/2018, Jason Morton, A.R.R.

**Certificate of Service to US Trustee:**

S. Gregory Hays

HAYS FINANCIAL CONSULTING, LLC

Suite 200

3343 Peachtree Road, NE

Atlanta, GA 30326-1420

**Certificate of Service to:**

CC: US Bankruptcy Clerk M. Regina

CC: ANGELA DENISE ANDERSON

CC: Fiduciary, Washington DC