

**IT IS ORDERED as set forth below:**

**Date: November 27, 2018**



_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-57816-WLH |
| | ) | |
| DONEGAL WAY TRUST, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |

### <u>ORDER DENYING AFFIDAVIT IN REQUEST FOR EXTENSION OF TIME</u><br><u>*(TO CORRECT BUSINESS INFORMATION)*</u>

Debtor's Affidavit in Request for Extension of Time *(To Correct Business Information)* [Docket No. 18] has been reviewed by the Court.  Debtor's request fails to identify what information is incorrect or missing. Additionally, on November 27, 2018, the Court entered a notice of deficiency for a missing certificate of service but further review of the Court's docket shows no other outstanding deficiencies.  It is therefore

ORDERED that the Affidavit in Request for Extension of Time *(To Correct Business Information)* is DENIED.

### ### END OF ORDER ###

1

## <u>DISTRIBUTION LIST</u>

**Donegal Way Trust**
P.O. Box 1859
Lithonia, GA 30058

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303