UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Donegal Way Trust**<br>P.O. Box 1859<br>Lithonia, GA 30058<br><br>**82−5130578** | Case No.: **18−57816−wlh**<br>Chapter: **7**<br>Judge: **Wendy L. Hagenau** |

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Wendy L. Hagenau
United States Bankruptcy Judge

Dated:  April 25, 2019

Form 184